# United States Bankruptcy Court
## Western District of Louisiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cottonport Monofill, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**72-1504398** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**960 F.P. Bordelon Road**<br>**Cottonport, LA**<br>ZIP Code **71327** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Avoyelles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1127**<br>**Cottonport, LA**<br>ZIP Code **71327** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **960 FP Bordelon Road**<br>**Cottonport, La.** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Cottonport Monofill, L.L.C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Cottonport Monofill, L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Thomas R. Willson**
Signature of Attorney for Debtor(s)

**Thomas R. Willson 13546**
Printed Name of Attorney for Debtor(s)

**Thomas R. Willson**
Firm Name

**1330 Jackson Street**
**PO Drawer 1630**
**Alexandria, LA 71309**
Address

**Email: rocky@rockywillsonlaw.com**
**318-442-8658  Fax: 318-442-9637**
Telephone Number

**February 9, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Lloyd D. Ward**
Signature of Authorized Individual

**Lloyd D. Ward**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**February 9, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Cottonport Monofill, L.L.C.**  
                                        Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Black Bayou Construction** 2300 Hwy 365 Suite 400 Nederland, TX 77627 | **Black Bayou Construction** 2300 Hwy 365 Suite 400 Nederland, TX 77627 | **Open Account** | | 132,631.46 |
| **Black Bayou Tire** PO Box 62 Hallsville, TX 75650 | **Black Bayou Tire** PO Box 62 Hallsville, TX 75650 | **Open Account [tires]** | | 19,940.07 |
| **Black Bayou Tires** PO Box 62 Hallsville, TX 75650 | **Black Bayou Tires** PO Box 62 Hallsville, TX 75650 | **Open Account [trucking]** | | 17,270.22 |
| **Caterpillar Financial Services** PO Box 730681 Dallas, TX 75373 | **Caterpillar Financial Services** PO Box 730681 Dallas, TX 75373 | **Open Account** | | 58,231.71 |
| **CB Manufacturing** 4455 Infirmary Road Miamisburg, OH 45342 | **CB Manufacturing** 4455 Infirmary Road Miamisburg, OH 45342 | **Open Account** | | 7,606.39 |
| **Cleco** P.O. Box 660228 Dallas, TX 75266 | **Cleco** P.O. Box 660228 Dallas, TX 75266 | **Open Account** | | 21,237.77 |
| **D & J Tire** P.O. Box 1719 Tioga, LA 71477 | **D & J Tire** P.O. Box 1719 Tioga, LA 71477 | **Open Account** | | 6,090.73 |
| **EBF Partnres - EFT** 2001 North West 107th Ave 3rd Floor Miami, FL 33172 | **EBF Partnres - EFT** 2001 North West 107th Ave 3rd Floor Miami, FL 33172 | **Open Account** | | 60,000.00 |
| **Expansion Capital-in Quickbooks** 884 Town Center Dr. Langhorne, PA 19047 | **Expansion Capital-in Quickbooks** 884 Town Center Dr. Langhorne, PA 19047 | **Open Account** | | 80,000.00 |
| **Focus Strategies, LLC** 515 Congress Avenue, Suite 1612 Austin, TX 78701 | **Focus Strategies, LLC** 515 Congress Avenue, Suite 1612 Austin, TX 78701 | **signature loan** | | 7,500.00 |
| **Internal Revenue Service** Memphis, TN 37501 | **Internal Revenue Service** Memphis, TN 37501 | **941 taxes for 2014 & 2013** | | 360,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jack R. Creel & Associates<br>PO Box 801083<br>Houston, TX 77280 | Jack R. Creel & Associates<br>PO Box 801083<br>Houston, TX 77280 | Open Account | | 8,836.44 |
| La. Dpt of Environmental Quality<br>PO Box 4311<br>Baton Rouge, LA 70821 | La. Dpt of Environmental Quality<br>PO Box 4311<br>Baton Rouge, LA 70821 | Open Account | | 29,097.70 |
| Louisiana Weld & Press<br>PO Box 828<br>Zachary, LA 70791 | Louisiana Weld & Press<br>PO Box 828<br>Zachary, LA 70791 | Open Account | | 11,030.80 |
| MTech Services<br>Mr. Michael McCauley<br>2423 Monroe Lane<br>Dallas, TX 75233 | MTech Services<br>Mr. Michael McCauley<br>2423 Monroe Lane<br>Dallas, TX 75233 | Services Rendered | | 7,500.00 |
| Oestriecher & Co.<br>PO Box 13500<br>Alexandria, LA 71315 | Oestriecher & Co.<br>PO Box 13500<br>Alexandria, LA 71315 | Services Rendered | | 17,216.49 |
| Penske Truck Leasing Co.<br>c/o Anthony R. Thompson<br>190 Broadhead Rd., Suite 200<br>P.O. Box 22257<br>Lehigh Valley, PA 18002 | Penske Truck Leasing Co.<br>c/o Anthony R. Thompson<br>190 Broadhead Rd., Suite 200<br>Lehigh Valley, PA 18002 | Services Rendered | | 62,519.48 |
| ProTool Company, Inc.<br>1765 Peoples Creek Road<br>Advance, NC 27006 | ProTool Company, Inc.<br>1765 Peoples Creek Road<br>Advance, NC 27006 | Open Account | | 19,549.90 |
| Rodney St. Romain<br>1910 Lot 2 Hwy 452<br>Marksville, LA 71351 | Rodney St. Romain<br>1910 Lot 2 Hwy 452<br>Marksville, LA 71351 | Open Account | | 13,825.05 |
| Ruston Industrial Supplies<br>PO Box 849737<br>Dallas, TX 75284 | Ruston Industrial Supplies<br>PO Box 849737<br>Dallas, TX 75284 | Open Account | | 10,021.44 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 9, 2015**           Signature    **/s/ Lloyd D. Ward**
                                                                                       **Lloyd D. Ward**
                                                                                       **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

4K Farms & Trucking, LLC
PO Box 374
Bunkie, LA 71322


Alex Regional Port Authority
600 Port Road
Alexandria, LA 71303


Asst. Attorney General
United States Dept of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044


Attn: Admin Services
U.S. Attorney's Office
800 Lafayette St., Suite #2200
Lafayette, LA 70501-6832


Auto Tech
4624 Hwy 28 East
Pineville, LA 71360


Avoyelles Automotive
8194 Hwy 1
Mansura, LA 71350


Avoyelles Office Supply
235 S. W. Main Street
Bunkie, LA 71322


Black Bayou Construction
2300 Hwy 365
Suite 400
Nederland, TX 77627


Black Bayou Tire
PO Box 62
Hallsville, TX 75650

Black Bayou Tires
PO Box 62
Hallsville, TX 75650


Borrel Engineering, LLC
406 Monroe Street
Marksville, LA 71351


C & M Tires
9365 Hwy 28
Boyce, LA 71409


Caterpillar Financial Services
PO Box 730681
Dallas, TX 75373


CB Manufacturing
4455 Infirmary Road
Miamisburg, OH 45342


Chief, Special Procedure
IRS
600 South Maestri Place, Stop 31
New Orleans, LA 70130


CleanTech Solutions Louisiana


Cleco
P.O. Box 660228
Dallas, TX 75266


Cleco
P.O. Box 5000
Pineville, LA 71360

Cleco Power, LLC
c/o Stephen D. Wheelis
Attorney at Law
PO Box 13199
Alexandria, LA 71315


CTSTC


D & J Tire
P.O. Box 1719
Tioga, LA 71477


D & J Tire
5015 Shreveport Hwy
Tioga, LA 71477


D & S Tires
580 Crooked Trail
Waskom, TX 75692


Department of Justice
Office of Attorney General
Tenth St. & Constitution Ave. NW
Washington, DC 20530


District Counsel
IRS
P.O. Box 30509
New Orleans, LA 70190


District Counsel
IRS
600 Maestri Place, Stop 18
New Orleans, LA 70130

EBF Partnres - EFT
2001 North West 107th Ave
3rd Floor
Miami, FL 33172


Expansion Capital-in Quickbooks
884 Town Center Dr.
Langhorne, PA 19047


Extreme Wheel & Tires
4803 Lee Street
Alexandria, LA 71302


Focus Strategies, LLC
515 Congress Avenue, Suite 1612
Austin, TX 78701


Internal Revenue Service
Memphis, TN 37501


J's Car Care
1503 South Washington
Bastrop, LA 71220


Jack R. Creel & Associates
PO Box 801083
Houston, TX 77280


Jack's Car Hauling
PO Box 236
Collinston, LA 71229


La. Dpt of Environmental Quality
PO Box 4311
Baton Rouge, LA 70821

Lloyd D. Ward

Lloyd D. Ward, II

Louisiana Weld & Press
PO Box 828
Zachary, LA 70791

MelBel's Recycling
PO Box 686
Marksville, LA 71351

Moore's Truck Tire
8901 Linwood Ave
Shreveport, LA 71106

MTech Services
Mr. Michael McCauley
2423 Monroe Lane
Dallas, TX 75233

Oestriecher & Co.
PO Box 13500
Alexandria, LA 71315

Paska
PO Box 1105
Kenner, LA 70062

Penske Truck Leasing Co.
c/o Anthony R. Thompson
190 Broadhead Rd., Suite 200
P.O. Box 22257
Lehigh Valley, PA 18002

Precision Tools
406 Wesley St
Lake Charles, LA 70615



ProTool Company, Inc.
1765 Peoples Creek Road
Advance, NC 27006



Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316



Rodney St. Romain
1910 Lot 2 Hwy 452
Marksville, LA 71351



Ronaldson Field Landfill
5800 One Perkins Place
Suite 6A
Baton Rouge, LA 70810



Rupert Ward



Ruston Industrial Supplies
PO Box 849737
Dallas, TX 75284



Sheriff Doug Anderson
675 Government Street
Marksville, LA 71351



Southern General Finance
P.O. Box 12480
Alexandria, LA 71315

Target Tire
17380 Hwy 190 N
Port Barre, LA 70577


The Union Bank
P.O. Box 39
305 North Main Street
Marksville, LA 71351


U.S. Attorney for the Western
District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832


U.S. Attorney's Office
Western District of Louisiana
300 Fannin Street
Suite 3201
Shreveport, LA 71101-3068


U.S. Trustee
U.S. Courthouse
300 Fannin Street, Suite 3196
Shreveport, LA 71101


W & G Transport
PO Box 662
Baskin, LA 71219


Ward Enterprises


Ward Enterprises, L.L.C.


Wells Fargo Equipment Finance
PO Box 1450
Minneapolis, MN 55485

In re  **Cottonport Monofill, L.L.C.**                                           Case No.
                              Debtor(s)                                          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Cottonport Monofill, L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 9, 2015** | **/s/ Thomas R. Willson** |
| Date | **Thomas R. Willson 13546** |
| | Signature of Attorney or Litigant |
| | Counsel for **Cottonport Monofill, L.L.C.** |
| | **Thomas R. Willson** |
| | **1330 Jackson Street** |
| | **PO Drawer 1630** |
| | **Alexandria, LA 71309** |
| | **318-442-8658 Fax:318-442-9637** |
| | **rocky@rockywillsonlaw.com** |