In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Tract One: 3.02 acres<br>Tract Two: 2.20 acres<br>Tract Three: 26.50 acres<br>all in Avoyelles Parish, La. on whcih is located physical facility** | **fulll ownership** | - | **2,000,000.00** | **3,963,784.32** |
| **Tract 4 = 27.74 acres &<br>Tract 5 = 17.14 acres<br>loacted in Avoyelles Parish, contiguous to Tracts 1-3** | | - | **125,000.00** | **0.00** |

Sub-Total > **2,125,000.00** (Total of this page)

Total > **2,125,000.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at the Capital One Bank** | - | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **0.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor    Case No. **15-80159**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Permit from the Louisiana Department of Environmental Quality [DEQ]** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **one (1) truck not used on public roads** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **misc office equipment** | - | **2,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **equipment and machinery used in facility** | - | **2,000,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **2,004,000.00**
(Total of this page)

Total > **2,004,000.00**

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor    Case No. **15-80159**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Union Bank**<br>**P.O. Box 39**<br>**305 North Main Street**<br>**Marksville, LA 71351** | | - | **first lien**<br><br>**immovable property [Tracts 1-3] & equipment**<br><br>Value $ **4,000,000.00** | | | | **3,963,784.32** | **0.00** |
| Account No.<br><br>**Wells Fargo Equipment Finance**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | | - | **first lien shredding equipment**<br><br>Value $ **7,500.00** | | | | **5,538.74** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| | | | | | | Subtotal (Total of this page) | **3,969,323.06** | **0.00** |
| | | | | | | Total (Report on Summary of Schedules) | **3,969,323.06** | **0.00** |

**0** continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2** continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor — Case No. **15-80159**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Avoyelles Parish Police Jury**<br>**312 N. Main Street**<br>**Courthouse Building**<br>**Marksville, LA 71351** | | - | | | | | 3,127.69 | 0.00 | 3,127.69 |
| Account No.<br>**Avoyelles Parish Sales Tax**<br>**221 Tunica Drive**<br>**Marksville, LA 71351** | | - | | | | | 1,127.57 | 0.00 | 1,127.57 |
| Account No.<br>**Avoyelles Parish Sheriff**<br>**675 Government Street**<br>**Marksville, LA 71351** | | - | **Property Taxes 2014** | | | | 10,565.22 | 0.00 | 10,565.22 |
| Account No.<br>**Florida Dept. of Revenue**<br>**5050 W. Tennessee Street**<br>**Tallahassee, FL 32399** | | - | | | | | 1,592.43 | 0.00 | 1,592.43 |
| Account No.<br>**Internal Revenue Service**<br>**Memphis, TN 37501** | | - | **941 taxes for 2014 & 2013** | | | | 360,000.00 | 0.00 | 360,000.00 |
| Sheet 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 376,412.91 | 0.00 | 376,412.91 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor — Case No. **15-80159**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Louisiana Department of Revenue**<br>**P.o. Box 201**<br>**Baton Rouge, LA 70821** | | - | **Withholding Taxes 1st Quarter 2012 thru 4th Quarter 2014** | | | | 46,942.00 | 0.00 | 46,942.00 |
| Account No.<br>**Louisiana Dept. of Revenue**<br>**PO Box 1231**<br>**Baton Rouge, LA 70821-1231** | | - | **Sales Tax** | | | | 36,664.38 | 0.00 | 36,664.38 |
| Account No.<br>**Louisiana Workforce Commission**<br>**Office of Unemployment Insurance**<br>**PO Box 44127**<br>**Baton Rouge, LA 70804-4127** | | - | **Payroll Taxes 4th Quarter 2011 to 4th Quarter 2014** | | | | 13,993.44 | 0.00 | 13,993.44 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Amount of Claim | Amount Not Entitled to Priority | Amount Entitled to Priority |
|---|---|---|---|
| Subtotal (Total of this page) | 97,599.82 | 0.00 | 97,599.82 |
| Total (Report on Summary of Schedules) | 474,012.73 | 0.00 | 474,012.73 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**4K Farms & Trucking, LLC**<br>**PO Box 374**<br>**Bunkie, LA 71322** | | - | **Open Account** | | | | **4,373.48** |
| Account No.<br>**Alex Regional Port Authority**<br>**600 Port Road**<br>**Alexandria, LA 71303** | | - | **Services Rendered** | | | | **1,562.50** |
| Account No.<br>**Auto Tech**<br>**4624 Hwy 28 East**<br>**Pineville, LA 71360** | | - | **Services Rendered** | | | | **212.80** |
| Account No.<br>**Avoyelles Automotive**<br>**8194 Hwy 1**<br>**Mansura, LA 71350** | | - | **Services Rendered** | | | | **1,661.00** |
| | | | Subtotal (Total of this page) | | | | **7,809.78** |

**13** continuation sheets attached

In re **Cottonport Monofill, L.L.C.**, Debtor — Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Avoyelles Office Supply**<br>**235 S. W. Main Street**<br>**Bunkie, LA 71322** | | - | **Services Rendered** | | | | **397.54** |
| Account No.<br>**Avoyelles Publishing Co.**<br>**P.O. Box 36**<br>**Marksville, LA 71351** | | - | **Services Rendered** | | | | **629.00** |
| Account No.<br>**Battery Warehouse**<br>**P.O. Box 5051**<br>**Alexandria, LA 71307** | | - | **Services Rendered** | | | | **309.20** |
| Account No.<br>**Black Bayou Construction**<br>**2300 Hwy 365**<br>**Suite 400**<br>**Nederland, TX 77627** | | - | **Open Account** | | | | **132,631.46** |
| Account No.<br>**Black Bayou Tire**<br>**PO Box 62**<br>**Hallsville, TX 75650** | | - | **Open Account [tires]** | | | | **19,940.07** |

Sheet no. 1 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **153,907.27**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor — Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Black Bayou Tires**<br>**PO Box 62**<br>**Hallsville, TX 75650** | | - | **Open Account [trucking]** | | | | **17,270.22** |
| Account No.<br>**Borrel Engineering, LLC**<br>**406 Monroe Street**<br>**Marksville, LA 71351** | | - | **Open Account** | | | | **5,470.00** |
| Account No.<br>**C & M Tires**<br>**9365 Hwy 28**<br>**Boyce, LA 71409** | | - | **Open Account** | | | | **608.59** |
| Account No.<br>**Capital City Press**<br>**P.O. Box 613**<br>**Baton Rouge, LA 70821** | | - | **Services Rendered** | | | | **137.00** |
| Account No.<br>**Caterpillar Financial Services**<br>**PO Box 730681**<br>**Dallas, TX 75373** | | - | **Open Account** | | | | **58,231.71** |

Sheet no. **2** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **81,717.52**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CB Manufacturing**<br>**4455 Infirmary Road**<br>**Miamisburg, OH 45342** | | - | **Open Account** | | | | **7,606.39** |
| Account No.<br><br>**Central Truck of Marksville**<br>**210 Dawa Street**<br>**Marksville, LA 71351** | | - | **Services Rendered** | | | | **136.39** |
| Account No.<br><br>**CenturyLink**<br>**P.O. Box 4300**<br>**Carol Stream, IL 60197** | | - | **Services Rendered** | | | | **2,050.55** |
| Account No.<br><br>**Cintas Corporation LOC**<br>**P.O. Box 650838**<br>**Dallas, TX 75266** | | - | **Services Rendered** | | | | **1,611.67** |
| Account No.<br><br>**CleanTech Solutions Louisiana** | | - | | | | | **12,655.09** |

Sheet no. **3** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **24,060.09**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6604**<br>**Cleco**<br>**P.O. Box 660228**<br>**Dallas, TX 75266** | | - | **Open Account** | | | | **22,946.18** |
| Account No.<br>**Cottonport Building Supply**<br>**P.O. Box 237**<br>**Cottonport, LA 71327** | | - | **Trade debt** | | | | **364.53** |
| Account No.<br>**CT Corporation**<br>**P.O. Box 4349**<br>**Carol Stream, IL 60197** | | - | **Services Rendered** | | | | **314.00** |
| Account No.<br>**D & J Tire**<br>**P.O. Box 1719**<br>**Tioga, LA 71477** | | - | **Open Account** | | | | **6,796.05** |
| Account No.<br>**D & S Tires**<br>**580 Crooked Trail**<br>**Waskom, TX 75692** | | - | **Open Account** | | | | **3,654.72** |

Sheet no. **4** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **34,075.48**

In re **Cottonport Monofill, L.L.C.**, Debtor

Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Despino's Tire Service, Inc.**<br>**3011 N. Mac Arthur Drive**<br>**Alexandria, LA 71303** | | - | **Trade debt** | | | | **417.90** |
| Account No.<br><br>**EBF Partners - EFT**<br>**2001 North West 107th Ave**<br>**3rd Floor**<br>**Miami, FL 33172** | | - | **Open Account** | | | | **43,640.00** |
| Account No.<br><br>**Electric Motor Services**<br>**1120 Bolton Avenue**<br>**Alexandria, LA 71301** | | - | **Services Rendered** | | | | **1,113.88** |
| Account No.<br><br>**Exco Industrial**<br>**P.O. Box 63066**<br>**Lafayette, LA 70596** | | - | **Services Rendered** | | | | **400.16** |
| Account No.<br><br>**Expansion Capital-in Quickbooks**<br>**884 Town Center Dr.**<br>**Langhorne, PA 19047** | | - | **Open Account** | | | | **80,000.00** |

Sheet no. 5 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **125,571.94**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re **Cottonport Monofill, L.L.C.**, Debtor Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Extreme Wheel & Tires**<br>**4803 Lee Street**<br>**Alexandria, LA 71302** | | - | **Open Account** | | | | **210.80** |
| Account No.<br>**Farr Auto Supply**<br>**P.O. Box 30**<br>**Bunkie, LA 71322** | | - | **Services Rendered** | | | | **210.91** |
| Account No.<br>**First Financial Asset MGMT**<br>**3091 Governor's Lake Drive**<br>**Suite 500**<br>**Peachtree Corners, GA 30071** | | - | **Services Rendered** | | | | **1,084.53** |
| Account No.<br>**Focus Strategies, LLC**<br>**515 Congress Avenue, Suite 1612**<br>**Austin, TX 78701** | | - | **signature loan** | | | | **7,500.00** |
| Account No.<br>**GE Capital**<br>**P.O. Box 740441**<br>**Atlanta, GA 30374-0441** | | - | **Services Rendered** | | | | **826.37** |

Sheet no. 6 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,832.61**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Industrial Rubber**<br>**P.O. Box 6116**<br>**Alexandria, LA 71302** | | - | **Services Rendered** | | | | **1,802.05** |
| Account No.<br>**J's Car Care**<br>**1503 South Washington**<br>**Bastrop, LA 71220** | | - | **Open Account** | | | | **490.69** |
| Account No.<br>**Jack R. Creel & Associates**<br>**PO Box 801083**<br>**Houston, TX 77280** | | - | **Open Account** | | | | **8,836.44** |
| Account No.<br>**Jack's Car Hauling**<br>**PO Box 236**<br>**Collinston, LA 71229** | | - | **Open Account** | | | | **1,633.06** |
| Account No.<br>**LA Machinery**<br>**P.O. Box 54942**<br>**New Orleans, LA** | | - | **Services Rendered** | | | | **4,231.95** |

Sheet no. 7 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,994.19**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor    Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>La. Dpt of Environmental Quality<br>PO Box 4311<br>Baton Rouge, LA 70821 | | - | Open Account | | | | 29,097.70 |
| Account No.<br>Louisiana Weld & Press<br>PO Box 828<br>Zachary, LA 70791 | | - | Open Account | | | | 11,030.80 |
| Account No.<br>MelBel's Recycling<br>PO Box 686<br>Marksville, LA 71351 | | - | Open Account | | | | 619.35 |
| Account No.<br>Moore's Truck Tire<br>8901 Linwood Ave<br>Shreveport, LA 71106 | | - | Open Account | | | | 570.43 |
| Account No.<br>MTech Services<br>Mr. Michael McCauley<br>2423 Monroe Lane<br>Dallas, TX 75233 | | - | Services Rendered | | | | 7,500.00 |

Sheet no. 8 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **48,818.28**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor — Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Music Mountain Water**<br>**P.O. Box 2252**<br>**Birmingham, AL 35246** | | - | **Services Rendered** | | | | **601.42** |
| Account No.<br>**Nolen Paint & Body Works**<br>**P.O. Box 394**<br>**Coushatta, LA 71019** | | - | **Services Rendered** | | | | **229.85** |
| Account No.<br>**Northeast Truck & Trailer Parts**<br>**1611 Martin Luther King Dr.**<br>**Monroe, LA 71202** | | - | **Services Rendered** | | | | **2,339.62** |
| Account No.<br>**Oestriecher & Co.**<br>**PO Box 13500**<br>**Alexandria, LA 71315** | | - | **Services Rendered** | | | | **17,216.49** |
| Account No.<br>**Paska**<br>**PO Box 1105**<br>**Kenner, LA 70062** | | - | **Open Account** | | | | **5,782.87** |

Sheet no. 9 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,170.25**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Penske Truck Leasing Co.<br>c/o Anthony R. Thompson<br>190 Broadhead Rd., Suite 200<br>P.O. Box 22257<br>Lehigh Valley, PA 18002** | | - | **Services Rendered** | | | | **62,519.48** |
| Account No.<br>**Powerscreen Texas, Inc.<br>P.O. Box 658<br>La Grange, TX 78945** | | - | **Services Rendered** | | | | **3,990.81** |
| Account No.<br>**Precision Tools<br>406 Wesley St<br>Lake Charles, LA 70615** | | - | **Open Account** | | | | **6,000.00** |
| Account No.<br>**Precision Tools<br>406 Wesley St<br>Lake Charles, LA 70615** | | - | **Services Rendered** | | | | **6,000.00** |
| Account No.<br>**Progressive Waste Solutions<br>1515 England Drive<br>Alexandria, LA 71301** | | - | **Services Rendered** | | | | **364.95** |

Sheet no. 10 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **78,875.24**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor — Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ProTool Company, Inc.**<br>**1765 Peoples Creek Road**<br>**Advance, NC 27006** | | - | **Open Account** | | | | **19,549.90** |
| Account No. **x2080**<br>**Red Ball Oxygen**<br>**P.O. Box 7316**<br>**Shreveport, LA 71137-7316** | | - | **Open Account** | | | | **5,673.43** |
| Account No.<br>**Robert Lemoine Building Supply**<br>**897 South Bayou Des Glaise Rd**<br>**Cottonport, LA 71327** | | - | **Services Rendered** | | | | **13.02** |
| Account No.<br>**Rodney St. Romain**<br>**1910 Lot 2 Hwy 452**<br>**Marksville, LA 71351** | | - | **Open Account** | | | | **13,825.05** |
| Account No.<br>**Ronaldson Field Landfill**<br>**5800 One Perkins Place**<br>**Suite 6A**<br>**Baton Rouge, LA 70810** | | - | **Open Account** | | | | **241.84** |

Sheet no. **11** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **39,303.24**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor    Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5269**<br>**Ruston Industrial Supplies**<br>**PO Box 849737**<br>**Dallas, TX 75284** | | - | **Open Account** | | | | **10,021.44** |
| Account No.<br>**Southern General Finance**<br>**P.O. Box 12480**<br>**Alexandria, LA 71315** | | - | **signature loan** | | | | **5,463.15** |
| Account No.<br>**Steve Dupont Backhoe Work**<br>**307 Arno Gremillion Rd.**<br>**Mansura, LA 71350** | | - | **Services Rendered** | | | | **300.00** |
| Account No.<br>**Target Tire**<br>**17380 Hwy 190 N**<br>**Port Barre, LA 70577** | | - | **Open Account** | | | | **774.57** |
| Account No.<br>**Town of Cottonport**<br>**P.O. Box 118**<br>**Cottonport, LA 71327** | | - | | | | | **232.06** |

Sheet no. **12** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,791.22**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor Case No. **15-80159**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Travelers CL Remmitance Center**<br>**Hartford, CT 06183** | | - | | | | | **222.25** |
| Account No.<br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132** | | - | **Services Rendered** | | | | **719.90** |
| Account No.<br>**W & G Transport**<br>**PO Box 662**<br>**Baskin, LA 71219** | | - | **Open Account** | | | | **1,043.75** |
| Account No.<br>**Ward Enterprises** | | - | | | | | **128,722.29** |
| Account No.<br>**Williams Tax & Financial Service**<br>**1717 Government Street**<br>**Suite 4**<br>**Alexandria, LA 71301** | | - | **Services Rendered** | | | | **3,229.00** |

Sheet no. 13 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **133,937.19**

Total (Report on Summary of Schedules) **797,864.30**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor    Case No. **15-80159**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Cottonport Monofill, L.L.C.**, Debtor    Case No. **15-80159**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lloyd D. Ward** | **Union Bank<br>P.O. Box 39<br>Marksville, LA 71351** |
| **Lloyd D. Ward** | **Internal Revenue Service<br>Memphis, TN 37501** |
| **Lloyd D. Ward, II** | **Union Bank<br>P.O. Box 39<br>Marksville, LA 71351** |
| **Rupert Ward** | **Union Bank<br>P.O. Box 39<br>Marksville, LA 71351** |
| **Rupert Ward** | **Internal Revenue Service<br>Memphis, TN 37501** |
| **Ward Enterprises, L.L.C.** | **Union Bank<br>P.O. Box 39<br>Marksville, LA 71351** |

**0** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re **Cottonport Monofill, L.L.C.** Debtor(s)

Case No. **15-80159**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 24, 2015**

Signature

**Lloyd D. Ward**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re **Cottonport Monofill, L.L.C.** Debtor(s)

Case No. **15-80159**
Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2014 gross income** |
| **$0.00** | **2015 [YTD] gross income** |
| **$0.00** | **2013 Gross Income** |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Union Bank versus Cottonport Monofill, LLC, et al. No 2012-8687 B** | **foreclosure** | **12th JDC - Avoyelles Parish** | **sale set May 2015** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas R. Willson**<br>**P.O. Drawer 1630**<br>**1330 Jackson Street**<br>**Alexandria, LA 71309** | **see Disclosure of Compensation** | |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Red River Bank | checking account - closed 8 months ago | |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Plant**<br>**960 FP Bordelon Rd**<br>**Cottonport, LA 71327** | **La Dept of Environmental Quality** | **last 18 months** | **remediation agreement in place** |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Oestriecher & Co.**<br>**PO Box 13500**<br>**Alexandria, LA 71315** | |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **done in house** | |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com 

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Ward Enterprises** | | **100%** |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **February 24, 2015** Signature /s/ Lloyd D. Ward
**Lloyd D. Ward**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4K Farms & Trucking, LLC
PO Box 374
Bunkie, LA 71322

Alex Regional Port Authority
600 Port Road
Alexandria, LA 71303

Asst. Attorney General
United States Dept of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

Attn: Admin Services
U.S. Attorney's Office
800 Lafayette St., Suite #2200
Lafayette, LA 70501-6832

Auto Tech
4624 Hwy 28 East
Pineville, LA 71360

Avoyelles Automotive
8194 Hwy 1
Mansura, LA 71350

Avoyelles Office Supply
235 S. W. Main Street
Bunkie, LA 71322

Avoyelles Parish Police Jury
312 N. Main Street
Courthouse Building
Marksville, LA 71351

Avoyelles Parish Sales Tax
221 Tunica Drive
Marksville, LA 71351

Avoyelles Parish Sheriff
675 Government Street
Marksville, LA 71351

Avoyelles Publishing Co.
P.O. Box 36
Marksville, LA 71351

Battery Warehouse
P.O. Box 5051
Alexandria, LA 71307

Black Bayou Construction
2300 Hwy 365
Suite 400
Nederland, TX 77627

Black Bayou Tire
PO Box 62
Hallsville, TX 75650

Black Bayou Tires
PO Box 62
Hallsville, TX 75650

Borrel Engineering, LLC
406 Monroe Street
Marksville, LA 71351

C & M Tires
9365 Hwy 28
Boyce, LA 71409

Capital City Press
P.O. Box 613
Baton Rouge, LA 70821

Caterpillar Financial Services
PO Box 730681
Dallas, TX 75373

CB Manufacturing
4455 Infirmary Road
Miamisburg, OH 45342

Central Truck of Marksville
210 Dawa Street
Marksville, LA 71351

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197

Chief, Special Procedure
IRS
600 South Maestri Place, Stop 31
New Orleans, LA 70130

Cintas Corporation LOC
P.O. Box 650838
Dallas, TX 75266

CleanTech Solutions Louisiana

Cleco
P.O. Box 660228
Dallas, TX 75266

Cleco
P.O. Box 5000
Pineville, LA 71360

Cleco Power, LLC
c/o Stephen D. Wheelis
Attorney at Law
PO Box 13199
Alexandria, LA 71315

Cottonport Building Supply
P.O. Box 237
Cottonport, LA 71327

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197

CTSTC

D & J Tire
P.O. Box 1719
Tioga, LA 71477

D & J Tire
5015 Shreveport Hwy
Tioga, LA 71477

D & S Tires
580 Crooked Trail
Waskom, TX 75692

Department of Justice
Office of Attorney General
Tenth St. & Constitution Ave. NW
Washington, DC 20530

Despino's Tire Service, Inc.
3011 N. Mac Arthur Drive
Alexandria, LA 71303

District Counsel
IRS
P.O. Box 30509
New Orleans, LA 70190

District Counsel
IRS
600 Maestri Place, Stop 18
New Orleans, LA 70130

EBF Partners - EFT
2001 North West 107th Ave
3rd Floor
Miami, FL 33172

Electric Motor Services
1120 Bolton Avenue
Alexandria, LA 71301

Exco Industrial
P.O. Box 63066
Lafayette, LA 70596

Expansion Capital-in Quickbooks
884 Town Center Dr.
Langhorne, PA 19047

Extreme Wheel & Tires
4803 Lee Street
Alexandria, LA 71302

Farr Auto Supply
P.O. Box 30
Bunkie, LA 71322

First Financial Asset MGMT
3091 Governor's Lake Drive
Suite 500
Peachtree Corners, GA 30071

Florida Dept. of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

Focus Strategies, LLC
515 Congress Avenue, Suite 1612
Austin, TX 78701

GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441

Industrial Rubber
P.O. Box 6116
Alexandria, LA 71302

Internal Revenue Service
Memphis, TN 37501

J's Car Care
1503 South Washington
Bastrop, LA 71220

Jack R. Creel & Associates
PO Box 801083
Houston, TX 77280

Jack's Car Hauling
PO Box 236
Collinston, LA 71229

LA Machinery
P.O. Box 54942
New Orleans, LA

La. Dpt of Environmental Quality
PO Box 4311
Baton Rouge, LA 70821

LDEQ-Legal Division
Attn: Spencer B. Bowman
PO Box 4302
Baton Rouge, LA 70821-4302

LDEQ-Legal Division
Attn: Perry M. Theriot
PO Box 4302
Baton Rouge, LA 70821-4302

Lloyd D. Ward

Lloyd D. Ward, II

Louisiana Department of Revenue
P.o. Box 201
Baton Rouge, LA 70821

Louisiana Dept. of Revenue
PO Box 1231
Baton Rouge, LA 70821-1231

Louisiana Weld & Press
PO Box 828
Zachary, LA 70791

Louisiana Workforce Commission
Office of Unemployment Insurance
PO Box 44127
Baton Rouge, LA 70804-4127

MelBel's Recycling
PO Box 686
Marksville, LA 71351

Moore's Truck Tire
8901 Linwood Ave
Shreveport, LA 71106

MTech Services
Mr. Michael McCauley
2423 Monroe Lane
Dallas, TX 75233

Music Mountain Water
P.O. Box 2252
Birmingham, AL 35246

Nolen Paint & Body Works
P.O. Box 394
Coushatta, LA 71019

Northeast Truck & Trailer Parts
1611 Martin Luther King Dr.
Monroe, LA 71202

Oestriecher & Co.
PO Box 13500
Alexandria, LA 71315

Paska
PO Box 1105
Kenner, LA 70062

Penske Truck Leasing Co.
c/o Anthony R. Thompson
190 Broadhead Rd., Suite 200
P.O. Box 22257
Lehigh Valley, PA 18002

Powerscreen Texas, Inc.
P.O. Box 658
La Grange, TX 78945

Precision Tools
406 Wesley St
Lake Charles, LA 70615

Progressive Waste Solutions
1515 England Drive
Alexandria, LA 71301

ProTool Company, Inc.
1765 Peoples Creek Road
Advance, NC 27006

Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316

Robert Lemoine Building Supply
897 South Bayou Des Glaise Rd
Cottonport, LA 71327

Rodney St. Romain
1910 Lot 2 Hwy 452
Marksville, LA 71351

Ronaldson Field Landfill
5800 One Perkins Place
Suite 6A
Baton Rouge, LA 70810

Rupert Ward

Ruston Industrial Supplies
PO Box 849737
Dallas, TX 75284

Sheriff Doug Anderson
675 Government Street
Marksville, LA 71351

Southern General Finance
P.O. Box 12480
Alexandria, LA 71315

Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315

Steve Dupont Backhoe Work
307 Arno Gremillion Rd.
Mansura, LA 71350

Target Tire
17380 Hwy 190 N
Port Barre, LA 70577

The Union Bank
P.O. Box 39
305 North Main Street
Marksville, LA 71351

Town of Cottonport
P.O. Box 118
Cottonport, LA 71327

Travelers CL Remmitance Center
Hartford, CT 06183

U.S. Attorney for the Western
District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832

U.S. Attorney's Office
Western District of Louisiana
300 Fannin Street
Suite 3201
Shreveport, LA 71101-3068

U.S. Trustee
U.S. Courthouse
300 Fannin Street, Suite 3196
Shreveport, LA 71101

UPS
Lockbox 577
Carol Stream, IL 60132

W & G Transport
PO Box 662
Baskin, LA 71219

Ward Enterprises

Ward Enterprises, L.L.C.

Wells Fargo Equipment Finance
PO Box 1450
Minneapolis, MN 55485

Williams Tax & Financial Service
1717 Government Street
Suite 4
Alexandria, LA 71301

## United States Bankruptcy Court
### Western District of Louisiana

In re **Cottonport Monofill, L.L.C.** Debtor(s)

Case No. **15-80159**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 24, 2015**

(x) Lloyd D. Ward

**Lloyd D. Ward/Managing Member**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy