# Notice Recipients

District/Off: 0536−1      User: mwelch      Date Created: 6/21/2018

Case: 15−80159      Form ID: fnldec11      Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty      Richard Drew      richard.drew@usdoj.gov

TOTAL: 2